UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANDREW BURTON BAKER,

    Petitioner,

v.                                                       Case No. 2:10-cv-345
                                                        HON. R. ALLAN EDGAR

JEFFREY WOODS,

    Respondent.
_____/

## MEMORANDUM AND ORDER

      Petitioner Andrew Burton Baker, a Michigan state prisoner in the custody of the Michigan Department of Corrections, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254.  The case was referred to Magistrate Judge Timothy P. Greeley for a report and recommendation.  On January 11, 2011, Magistrate Judge Greeley submitted his report recommending that the habeas petition be denied and dismissed with prejudice on the ground that it is time-barred by the one-year statute of limitations in 28 U.S.C. § 2244(d)(1). [Court Doc. No. 3].  It is further recommended that a certificate of appealablity be denied under 28 U.S.C. § 2253(c)(2).

      Petitioner Baker filed an objection to the report and recommendation.  After reviewing the record *de novo*, the Court finds that the objection is without merit and it is denied.  The Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. LCivR 72.3(b).  The Court concludes that the petition for writ of habeas corpus brought

under 28 U.S.C. § 2254 shall be **DENIED and DISMISSED WITH PREJUDICE** on the ground that it is time-barred by the one-year statute of limitations in 28 U.S.C. § 2244(d)(1).

If petitioner Baker files a notice of appeal, it will be treated as an application for a certificate of appealability which shall be **DENIED** pursuant to 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b)(1); and *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) for the reasons expressed in the report and recommendation. Reasonable jurists could not find it debatable whether the habeas petition has been properly dismissed on the ground that it is time barred the statute of limitations in 28 U.S.C. § 2244(d)(1).

A separate judgment will enter.

SO ORDERED.

Dated: June 8, 2011.

                                           */s/   R. Allan Edgar*
                                           R. ALLAN EDGAR
                                           UNITED STATES DISTRICT JUDGE